UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRI KARUHN, individually and on behalf of other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITIBANK, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 11-cv-06192-YGR<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION** |

　　　The parties have filed a Joint Stipulation to Continue Defendant's Motion to Compel Arbitration and Stay Action. (Dkt. No. 15.) Having reviewed the stipulation and other documents filed in this action, the Court hereby continues the hearing on the pending Motion to Compel Arbitration and Stay Action (Dkt. No. 11 ("Motion to Compel")) from May 15, 2012 to July 3, 2012. As noted on the Court's website, it is unavailable to hear the Motion to Compel on June 26, 2012.

　　　As to the deadlines for the response and reply, the Court notes that the parties have not consulted this Court's Standing Order in Civil Cases, which states at Section 3 that "requests which, in effect, decrease the Court's time to consider a motion in advance of the hearing date are denied routinely." The parties' stipulation has, in effect, shortened the fourteen (14) day period that, under Local Rule 7-2, the Court would have to prepare for the hearing on the Motion to Compel. However, in light of the Court's continuance of the hearing to July 3, 2012, the Court hereby **ORDERS** that

1  Plaintiff shall file a response to the pending Motion to Compel on or before May 29, 2012.

2  Defendants shall file their reply on or before June 14, 2012.

3  This Order terminates Dkt. No. 15.

4  **IT IS SO ORDERED.**

6  Dated: April 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**