UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRI KARUHN, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, INC., et al.,<br><br>Defendants. | Case No.: 11-cv-06192-YGR<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAYING ACTION** |

Defendants Citigroup, Inc. and Citibank, N.A. filed a Motion to Compel Arbitration and Stay Action on April 4, 2012 ("Motion"). (Dkt. Nos. 11–12.) Plaintiff Carri Karuhn filed her Opposition to Motion to Compel Arbitration on May 30, 2012 ("Opposition"). (Dkt. No. 19.) Based on the Opposition, Plaintiff concedes that arbitration is the appropriate forum to decide, at least, the question of enforceability of the arbitration agreement. Opp. at 1–4. Based on Plaintiff's concession that this preliminary question must be submitted to arbitration, Defendants' Motion is **GRANTED** and the parties are **ORDERED** to proceed with arbitration. This action is **STAYED** pending arbitration.

The Court sets a Case Management Conference in this action for Monday, December 10, 2012 to report on the status of the arbitration proceedings. The parties shall file a joint status update fourteen days in advance of the case management conference date.

This Order terminates Dkt. No. 11. The hearing date of July 3, 2012 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**