UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRI KARUHN, individually and on behalf of other persons similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITIBANK, INC., et al.,<br><br>        Defendants. | Case No.: 11-cv-06192-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

The Court has reviewed the parties' Joint Status Report Re Status of Arbitration. (Dkt. No. 22.) The Court will await notification from the parties once the arbitrator issues the final scheduling order.

The Case Management Conference scheduled for Monday, December 10, 2012 is hereby **VACATED**.

A compliance hearing shall be held on Friday, May 31, 2013 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a joint status report on the status of arbitration; or (b) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: November 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**