1    PERRIE M. WEINER (SBN 134146)
     perrie.weiner@dlapiper.com
2    EDWARD D. TOTINO (SBN 169237)
     edward.totino@dlapiper.com
3    GRANT P. ALEXANDER (SBN 228446)
     grant.alexander@dlapiper.com
4    MONICA D. SCOTT (SBN 268109)
     monica.scott@dlapiper.com
5    **DLA PIPER LLP (US)**
     2000 Avenue of the Stars,
6    Suite 400 North Tower
     Los Angeles, California  90067-4704
7    Tel:    (310) 595-3000
     Fax:    (310) 595-3300
8

9    Attorneys for Respondent
     CITIBANK, N.A.
10
                      **UNITED STATES DISTRICT COURT**
11

12      **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

13   CARRI KARUHN, individually and          CASE NO.  4:11-cv-06192-YGR
     on behalf of other persons similarly
14   situated,                               The Hon. Yvonne Gonzalez Rogers

15                   Plaintiff,              **JOINT STATUS REPORT RE
                                             STATUS OF ARBITRATION** ;
16           v.                              and ORDER

17   CITIBANK, INC.; CITIGROUP,              Complaint Filed:        October 14, 2011
     INC.; and DOES 2 through 40,
18
                     Defendants.
19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
  LOS ANGELES        WEST\241265654.1
                     ─────────────────────────────────────────────────────
                           JOINT STATUS REPORT RE STATUS OF ARBITRATION

**TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD:**

Pursuant to the Court's November 30, 2012 Scheduling Order, Claimant Carri Karuhn ("Claimant") and Respondent Citibank, N.A. ("Respondent") (collectively referred to as the "Parties") submit the following Joint Status Report Re Status of Arbitration.

An arbitration hearing was held on this matter on April 11, 2013 before Arbitrator Roy Rifkin of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP in Los Angeles, California.  The Parties anticipate that they will file a stipulation to dismiss this action with prejudice no later than 30 days after the date of this Status Report and request that the Court vacate the compliance conference scheduled for May 31, 2013.

Dated:  May 22, 2013                              **DLA PIPER LLP (US)**


By  /s/  Edward D. Totino
    PERRIE M. WEINER
    EDWARD D. TOTINO
    GRANT P. ALEXANDER
    Attorneys for Respondent CITIBANK, N.A.


Dated:  May 22, 2013                              **DENNIS MOSS, ATTORNEY AT LAW**


By  /s/  Dennis F. Moss
    DENNIS F. MOSS
    Attorneys for Claimant CARRI KARUHN

ORDER

The May 31, 2013 compliance hearing is rescheduled to July 26, 2013 on the 9:01 a.m. calendar. If a stipulation to dismiss is not filed by five business days prior, the parties shall file another joint status report explaining why it had not been filed. IT SO SO ORDERED.

Dated: May 24, 2013

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER LLP (US)
LOS ANGELES

JOINT STATUS REPORT RE STATUS OF ARBITRATION