Dennis F. Moss (SBN 77512)
dennisfmoss@yahoo.com
**DENNIS F. MOSS, Attorney at Law**
15300 Ventura Boulevard, Suite 207
Sherman Oaks, CA 91403
Tel.: (310) 773-0323

Sahag Majarian II (SBN 146621)
sahagii@aol.com
**LAW OFFICE OF SAHAG MAJARIAN II**
18250 Ventura Boulevard
Tarzana, CA 91356
Tel.: (818) 609-0807
Fax: (818) 609-0892

Attorneys for Plaintiff CARRI KARUHN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CARRI KARUHN, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, INC.; CITIGROUP, INC.; and DOES 2 THROUGH 40,<br><br>Defendants. | Case No. 4:11-CV-06192-YGR<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>**DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION RULE 41(a)(2); ORDER**<br><br>Complaint filed: October 14, 2011 |

**DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION RULE 41(a)(1)(A)(ii); ORDER**
4:11-cv-06192-YGR

## STIPULATION

Plaintiff, CARRI KARUHN, and Defendants CITIBANK, INC.; and CITIGROUP, INC., hereby stipulate to Plaintiff's Dismissal of this action with prejudice pursuant to FRCP 41(a)(2).

Dated:  June 26, 2013          DENNIS F. MOSS, ATTORNEY AT LAW

By:   /S/Dennis F. Moss
    Dennis F. Moss
    Attorney for Plaintiff

Dated:  June 26, 2013          DLA PIPER LLP (US)

By:   /S/Edward D. Totino
    Edward D. Totino
    Attorneys for Defendant

## ORDER

Pursuant to the Stipulation of the Parties, and FRCP 41, *Karuhn v. Citibank et al.,* Case No. 4:11-CV-06192-YGR, is hereby ORDERED DISMISSED WITH PREJUDICE. This Order terminates Dkt. No. 26.

Dated:  June 27, 2013          By _____
    Honorable Yvonne Gonzalez Rogers

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1